**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASHLEY BOYLE, on her own behalf, and on behalf of JOHN DOE, her minor child,** : : : : **Plaintiffs,** : : v. : : **ROBERT EVANCHICK, ET AL.,** : : **Defendants.** : | **CIVIL ACTION** No. 19-3270 |

**ORDER**

This 19th day of March, 2020, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 10, is **GRANTED**. Plaintiffs Complaint is **DISMISSED** with prejudice.

s/Gerald Austin McHugh
United States District Judge
